**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 16, 2025

By ECF
The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States of America v. City of New York et al.*,
Civil Action No. CV 21-5338 (Chen, J.) (Pollak, M.J.)

Dear Judge Chen:

We write regarding the above-referenced matter in which the Court entered a Consent Judgment in November 2021 resolving certain claims under the Clean Air Act. *See* Docket Entry Nos. 10, 12. We are pleased to advise the Court that Defendants, the City of New York and the New York City Department of Education, have satisfied their obligations under the Consent Judgment, as more fully detailed in the attached fully executed Stipulation and Proposed Order Terminating the Consent Judgment. Therefore, the parties respectfully request that the Court so-order the Stipulation and Proposed Order Terminating the Consent Judgment.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /S/ Matthew Silverman
Matthew Silverman
Assistant U.S. Attorney
(718) 254-6409
Matthew.Silverman@usdoj.gov

cc: Katherine Smith, Esq. (by ECF and email)
Alice Baker, Esq.
Attorneys for Defendants