UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

Plaintiff,

- against -

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF EDUCATION

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.
CV 21-5338
(Chen, J.)
(Pollak, M.J.)

**STIPULATION OF TERMINATION OF CONSENT JUDGMENT**

WHEREAS Plaintiff, United States of America, by the authority of the Attorney General and on behalf of the United States Environmental Protection Agency ("EPA"), entered into a Consent Judgment with the Defendants, the City of New York and the New York City Department of Education (collectively "the City"), which was entered by this Court and thereby made effective on November 21, 2021 ("Effective Date");

WHEREAS the Consent Judgment resolved claims of the United States against the City for alleged violations of the requirements of the Clean Air Act ("CAA"), 42 U.S.C. §§ 7401 *et seq*., and the National Emission Standards for Hazardous Air Pollutants for Industrial, Commercial, and Institutional Boilers Area Sources, 40 C.F.R Part 63, Subpart JJJJJJ, §§ 63.11193 *et seq*. (the "Area Source Boiler Rule") at oil-fired boilers located in public school buildings across New York City;

WHEREAS the Consent Judgment required the City to, among other things: (a) pay a civil penalty of $1,000,000; (b) perform injunctive relief, including complying with the Area Source Boiler Rule; (c) perform mitigation projects, including certain boiler replacements and conversions; and (d) submit periodic reports to EPA for at least three years to demonstrate the City's compliance with the CAA and the Area Source Boiler Rule;

WHEREAS, the City represents that it has complied with the Consent Judgment and is in compliance with the CAA and the Area Source Boiler Rule as relating to the claims resolved by the Consent Judgment; and

WHEREAS, EPA has determined, based on the City's submission dated April 17, 2025 (attached hereto as Exhibit A), and prior compliance reports, that it has satisfactorily completed performance of its compliance and reporting obligations, and has fulfilled all other obligations of this Consent Judgment to date, including its penalty payment and implementing injunctive relief under the Consent Judgment.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the Consent Judgment between the United States and the City is hereby terminated.

SO ORDERED this ____ day of _________, 2025.

______________________________
THE HONORABLE PAMELA K. CHEN
United States District Judge
Eastern District of New York

Dated: Brooklyn, N.Y.
May 15, 2025

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
*Attorney for Plaintiff*
271 Cadman Plaza East
Brooklyn, New York 11201

By: /s/ MATTHEW SILVERMAN Digitally signed by MATTHEW SILVERMAN Date: 2025.05.15 12:16:47 -04'00'
Matthew Silverman
Assistant United States Attorney
(718) 254-6409
Matthew.Silverman@usdoj.gov

Dated: New York, NY
May 15, 2025

MURIEL GOODE-TRUFANT

Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007

By: _*/s Alice R. Baker*_________________________
Alice R. Baker
Senior Counsel
Environmental Law Division
(212) 356-2314
albaker@law.nyc.gov

Ex. A

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**KATHERINE SMITH**
Environmental Law Division
(212) 356-2321
FAX: (212) 356-2069
kathsmit@law.nyc.gov

April 17, 2025

Via E-mail and USPS

Matthew Silverman
Assistant United States Attorney
Chief of Environmental Litigation
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

Re: *United States of America v. City of New York and NYC Department of Education*,
Dkt. No. 21-cv-05338
Request for Termination

Dear Matthew Silverman:

I am writing on behalf of defendants City of New York and the New York City Department of Education (collectively "the City") to request that the above reference Consent Judgment be terminated. The City has complied with the requirements outlined in section XVIII (Termination) of the Consent Judgment. The City has completed the requirements of Section V (Compliance Requirements), and has provided semi-annual reports regarding compliance since the Consent Judgment was executed more than three years ago. The City has fulfilled its obligations under all other parts of the Consent Judgment, including those pertaining to Appendix A and mitigation actions required by Section VI (Additional Injunctive Relief), and has paid the civil penalty required by the Consent Judgment. In support of this request, we refer you to the reports previously submitted by the City, as well as other submissions made over the life of the Consent Judgment.

Please let me know if you need any additional information and if you wish to confer consistent with paragraph 76 of the Consent Judgment.

Sincerely yours,

/s/ Katherine Smith
Kathrine Smith
Assistance Corporation Counsel